# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2405

_____

Chicago Truck Drivers, Helpers &amp;      *
Warehouse Workers Union Pension      *
Fund, a pension trust; George Ossey;      *
Tony Cullotta; John Broderick;      *
William H. Carpenter, the present      *
trustees; Red Boudreau,      *
     *
         Plaintiffs-Appellants,      *    Appeal from the United States
     *    District Court for the
       v.      *    Eastern District of Missouri.
     *
Brotherhood Labor Leasing, a      *       [UNPUBLISHED]
Missouri corporation; MFI Leasing      *
Company, a Missouri corporation;      *
Falls City Industries, Inc., a Kentucky      *
corporation; Middlewest Freightways,      *
Inc., a Missouri corporation,      *
     *
         Defendants-Appellees.      *

_____

Submitted: April 11, 2001
Filed: April 16, 2001

_____

Before BOWMAN and FAGG, Circuit Judges, and CARMAN,[1] Judge.

_____

---

[1]The Honorable Gregory W. Carman, Chief Judge, United States Court of International Trade, sitting by designation.

PER CURIAM.

The District Court[2] enjoined an action filed by plaintiffs in the Northern District of Illinois. After a hearing, the court determined that the Illinois federal action duplicated the instant litigation, which has a long history in our Circuit. See Chicago Truck Drivers, Helpers & Warehouse Workers Union Pension Fund v. Bhd. Labor Leasing, 207 F.3d 500 (8th Cir. 2000); Chicago Truck Drivers, Helpers & Warehouse Workers Union Pension Fund v. Bhd. Labor Leasing, 175 F.3d 1023 (8th Cir. 1999) (table); Chicago Truck Drivers, Helpers & Warehouse Workers Union Pension Fund v. Bhd. Labor Leasing, 166 F.3d 1269 (8th Cir. 1999); Chicago Truck Drivers, Helpers & Warehouse Workers Union Pension Fund v. Bhd. Labor Leasing, 141 F.3d 1167 (8th Cir. 1998) (table). Concluding that defendants will suffer irreparable harm if the Illinois federal action is not enjoined, and pointing out that the proper course of action is for plaintiffs to take measures to enforce the judgment already entered in their favor in the Eastern District of Missouri, the District Court used its authority under the All Writs Act, 28 U.S.C. § 1651(a) (1994), and enjoined plaintiffs from pursuing their claims in the Northern District of Illinois. Plaintiffs appeal.

Having carefully reviewed the matter, we find no merit in any of plaintiffs' arguments for reversal. The District Court committed no error of fact, and given the record before us we cannot say the court abused its discretion when it enjoined the redundant federal action in Illinois. Accordingly, we affirm. See 8th Cir. R. 47B.

---

[2]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, exercising jurisdiction with the consent of the parties pursuant to 28 U.S.C. § 636(c) (1994 & Supp. IV 1998).

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.